FILED ELECTRONICALLY

Bruce P. Keller (BK-9300)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
(212) 909-6000

Attorneys for Beasley Broadcast Group

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

| | |
|---|---|
| FREEPLAY MUSIC INC., | : |
| Plaintiff, | : |
| -against- | : |
| SPANISH BROADCASTING SYSTEM, INC., COX RADIO, INC., CUMULUS MEDIA, INC., SALEM COMMUNICATIONS CORPORATION, ENTERCOM COMMUNICATIONS CORP., BEASLEY BROADCAST GROUP, INC., CITADEL BROAD-CASTING CORPORATION, and VIACOM INC., | : 04 Civ. 5238 (GEL) : **NOTICE OF MOTION** : |
| Defendants. | : |

------------------------------------------------------------------ X

     PLEASE TAKE NOTICE that upon the accompanying memorandum of law, the undersigned attorneys for Defendant Beasley Broadcast Group will move this Court before the Honorable Gerard E. Lynch, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for an order pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure dismissing with prejudice the claims against it. Pursuant to Rule 6.1(b) of the Local Rules of the United States District Court for the Southern District of New York, any opposing affidavits and

21812193v1

answering memoranda shall be served within ten business days after service of this motion.

Dated: New York, New York
October 15, 2004

Respectfully submitted,

DEBEVOISE & PLIMPTON LLP
By /s_____
   Bruce P. Keller (BK-9300)
919 Third Avenue
New York, NY 10022
(212) 909-6000